**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Jeremy Q. Mjoen, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Plaintiff, | ) | **WITH PREJUDICE** |
| | ) | |
| vs. | ) | Case No. 4:03-081 |
| | ) | |
| Soo Line Railroad Company, a Minnesota | ) | |
| corporation, d/b/a CP Rail System, | ) | |
| | ) | |
| Defendant. | ) | |

_____

On December 27, 2007, the parties filed a pleading entitled "Stipulation of Dismissal With Prejudice." The Court **ADOPTS** the stipulation in its entirety (Docket No. 20) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 2nd day of January, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court